UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                    CASE NO.: 9:24-cv-80300-DMM

YES NAKED TACO UPTOWN LLC
a Florida Limited Liability Company
d/b/a NAKED TACO

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, YES NAKED TACO UPTOWN LLC, a Florida Limited Liability Company, d/b/a NAKED TACO, (the Parties) hereby stipulate that the Plaintiff voluntarily dismisses this action with prejudice against YES NAKED TACO UPTOWN LLC, a Florida Limited Liability Company, d/b/a NAKED TACO.

RESPECTFULLY SUBMITTED April 9, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Douglas S. Schapiro**
Douglas S. Schapiro, Esq.
Schapiro Law Group, P.L.
7301-A W. Palmetto Park Road, #100A
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 1-810-885-5279
Cell: 954-326-7762
Email: Schapiro@schapirolawgroup.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2024, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                           /s/ Gregory S. Sconzo
                                                                           **Gregory S. Sconzo, Esq.**